```
DAVID L. ANDERSON (CABN 149604)
United States Attorney
```

FILED

Jan 11 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR21-13 CRB |
| Plaintiff, | |
| v. | VIOLATION: |
| MARC NUNEZ, | 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography |
| Defendant. | SAN FRANCISCO |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:         (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

On or about June 18, 2020, in the Northern District of California, the defendant

MARC NUNEZ

did knowingly possess matter which contained at least one visual depiction that was produced using materials that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, including by computer, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

1  FORFEITURE ALLEGATION: (18 U.S.C. § 2253(a))

2      The allegations contained in this Indictment are re-alleged and incorporated by reference for the
3  purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

4      Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth
5  in this Indictment, the defendant,

6                                 MARC NUNEZ,

7  shall forfeit to the United States of America:

8          a.  any visual depiction described in Title 18, United States Code, Sections 2251 or
9              2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter
10             which contains any such visual depiction, which was produced, transported, mailed,
11             shipped or received in violation of Title 18, United States Code, Chapter 110;
12         b.  any property, real or personal, constituting or traceable to gross profits or other
13             proceeds obtained from the offenses; and
14         c.  any property, real or personal, used or intended to be used to commit or to promote
15             the commission of the offenses or any property traceable to such property.

16     If any of the property described above, as a result of any act or omission of the defendant:

17         a.  cannot be located upon exercise of due diligence;
18         b.  has been transferred or sold to, or deposited with, a third party;
19         c.  has been placed beyond the jurisdiction of the court;
20         d.  has been substantially diminished in value; or
21         e.  has been commingled with other property which cannot be divided without
22             difficulty,

23 the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,
24 United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b)
25 and Title 28, United States Code, Section 2461(c).

26 //
27 //
28 //

INFORMATION                                                                          2

All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: _____

DAVID L. ANDERSON
United States Attorney

*/s/ Ankur Shingal*
ANKUR SHINGAL
Assistant United States Attorney