AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21-13 CRB |
| MARC NUNEZ | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 01/11/2020

/S/ signed with oral permission by EMF
*Defendant's signature*

/S/
*Signature of defendant's attorney*

ELIZABETH M. FALK
*Printed name of defendant's attorney*

Date: 1/14/21

*Judge's signature*

Hon. Alex G. Tse, United States Magistrate Judge
*Judge's printed name and title*