GEOFFREY A. HANSEN
Acting Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Elizabeth_falk@fd.org

Counsel for Defendant NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 21-13 CRB (LB) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER FOR TRAVEL** |
| MARC NUNEZ, | |
| Defendant. | |

On December 7, 2020 Marc Nunez was released on bond with a condition that he may not leave the Northern District of California. Mr. Nunez would like to attend his partner's sister's wedding in Reno, Nevada. The parties and United States Pretrial stipulate that Mr. Nunez be allowed to travel by car to Reno, Nevada from April 15 to April 18, 2021. All contact information, addresses, and travel plans have been provided to U.S. Pretrial. Mr. Nunez will also continue to stay in contact with Pretrial during his travel.  All other conditions of release shall remain the same.

\\

\\

\\

\\

*US v. Nunez,* Case No. 21-13 CRB (LB);
Stip & [Proposed] Order for Travel                         1

IT IS SO STIPULATED.

| | |
|---|---|
| March 24, 2021<br>Dated | STEPHANIE M. HINDS<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>ANKUR SHINGAL<br>Assistant United States Attorney |
| March 24, 2021<br>Dated | GEOFFREY A. HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| March 24, 2021<br>Dated | LAUREL BEELER<br>United States Magistrate Judge |