GEOFFREY A. HANSEN
Acing Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Elizabeth_falk@fd.org

Counsel for Defendant NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 21-13 CRB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| MARC NUNEZ, | |
| Defendant. | |

    The above captioned matter is currently set for a status conference on November 17, 2021. To allow the defense expert additional time to review discovery, the parties agree that the matter be continued to January 12, 2022 at 1:30 p.m.

    The parties further stipulate that the time between November 17, 2021 and January 12, 2022 be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further agree, and ask the Court to find, that the requested exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

\\

IT IS SO STIPULATED.

| November 12, 2021<br>Dated | STEPHANIE M. HINDS<br>United States Attorney<br>Northern District of California |
|---|---|
| | /S/<br>YOOSUN KOH<br>Assistant United States Attorney |
| November 12, 2021<br>Dated | GEOFFREY A. HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S/<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| Dated | CHARLES BREYER<br>Senior United States District Judge |
|---|---|