GEOFFREY A. HANSEN
Acting Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:     415.436.7706
Elizabeth_falk@fd.org

Counsel for Defendant NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARC NUNEZ,<br><br>Defendant. | Case No. CR 21-13 CRB (LB)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR TRAVEL** |

On December 7, 2020 Marc Nunez was released on bond with a condition that he may not leave the Northern District of California. Mr. Nunez would like to visit his partner's family for the holidays in Fresno, California, which is in the Eastern District.  He requests Court permission to travel out of district as follows:

November 25th to the 28th, returning November 29.

December the 28th to the 29th, returning December 30.

All contact information, addresses, and travel plans have been provided to U.S. Pretrial. Mr. Nunez will also continue to stay in contact with Pretrial during his travel.  He shall ensure he is physically present and returned to this District on the dates specified.  All other conditions of release shall remain the same.

US v. Nunez, Case No. 21-13 CRB (LB);
Stip & [Proposed] Order for Travel         1

IT IS SO STIPULATED.

| | |
|---|---|
| November 17, 2021<br>Dated | STEPHANIE M. HINDS<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>YOOSUN KOH<br>Assistant United States Attorney |
| November 12, 2021<br>Dated | GEOFFREY A. HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| Dated | LAUREL BEELER<br>United States Magistrate Judge |