1  GEOFFREY HANSEN
   Acting Federal Public Defender
2  Northern District of California
   ELIZABETH FALK
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
5  San Francisco, CA 94102
   Telephone:   (415) 436-7700
6  Facsimile:    (415) 436-7706
   Email:         elizabeth_falk@fd.org
7
8  Counsel for Defendant NUNEZ
9

10              IN THE UNITED STATES DISTRICT COURT
11             FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                       SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,           Case No.: CR 21-13 CRB
15              Plaintiff,               STIPULATION AND [PROPOSED]
                                         ORDER TO SET STATUS
16       v.                              CONFERENCE AND EXCLUDE
                                         TIME
17  MARC NUNEZ,
18              Defendant.
19
20

21       At the request of defense counsel, the hearing scheduled for January 12, 2022 was
22  vacated. The parties respectfully request that a status conference be set for March 9, 2022 at
23  1:30 p.m.
24       The parties further stipulate and request that, under the Speedy Trial Act, the Court
25  exclude the time from January 12, 2022, to March 9, 2022. An exclusion is appropriate under
26  18 U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel, taking into account the
27  exercise of due diligence. An exclusion of time from January 12, 2022, to March 9, 2022, is
28

also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| February 10, 2022<br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California |
|---|---|
| | /S<br>YOSSUN KOH<br>Assistant United States Attorney |
| February 10, 2022<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

_____   _____
Dated                       CHARLES BREYER
                            Senior United States District Judge