```
1  GEOFFREY HANSEN
   Acting Federal Public Defender
2  Northern District of California
   ELIZABETH FALK
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
5  San Francisco, CA 94102
   Telephone:  (415) 436-7700
6  Facsimile:  (415) 436-7706
   Email:      elizabeth_falk@fd.org
7
8  Counsel for Defendant NUNEZ
9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 21-13 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO SET STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| MARC NUNEZ, | |
| Defendant. | |

At the request of defense counsel, the hearing scheduled for January 12, 2022 was vacated. The parties respectfully request that a status conference be set for ~~March 9, 2022~~ March 16, 2022 at 1:30 p.m.

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from January 12, 2022, to ~~March 9, 2022~~ March 16, 2022. An exclusion is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time from January 12, 2022, to ~~March 9, 2022~~ March 16, 2022, is

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND [PROPOSED] ORDER

also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| February 10, 2022 | STEPHANIE HINDS |
| Dated | Acting United States Attorney |
| | Northern District of California |

             /S
_____
YOSSUN KOH
Assistant United States Attorney

| February 10, 2022 | GEOFFREY HANSEN |
| Dated | Acting Federal Public Defender |
| | Northern District of California |

             /S
_____
ELIZABETH FALK
Assistant Federal Public Defender

IT IS SO ORDERED.

 February 11, 2022   
Dated

CHARLES BREYER
Senior United States District Judge

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND [PROPOSED] ORDER 2