JODI LINKER
Federal Public Defender
ELISSE LAROUCHE
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
Elisse_larouche@fd.org

Counsel for Defendant NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 21-13 CRB (LB) |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR TRAVEL** |
| MARC NUNEZ, | |
| Defendant. | |

Marc Nunez is released on bond with a condition that he may not leave the Northern District of California. Mr. Nunez would like to travel outside of the district to see his family for the holidays. On December 24 and 25, 2022 Mr. Nunez requests that he be allowed to visit and stay with his family in Castroville, CA. They will also visit Monterey, CA during this time. On the evening of December 25 he will drive to Fresno, CA to visit his husband's family, and return to the Northern District of California on December 26, 2022. Pretrial Services and the government have no objection to the proposed request. Mr. Nunez will provide Pretrial with his travel plans and the addresses where he will be staying.

\\

\\

\\

IT IS SO STIPULATED.

| | |
|---|---|
| December 7, 2022<br>Dated | STEPHANIE M. HINDS<br>United States Attorney<br>Northern District of California<br><br>_____/S_____<br>KEVIN YEH<br>Assistant United States Attorney |
| December 7, 2022<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>_____/S_____<br>ELISSE LAROUCHE<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| December 8, 2022<br>Dated | [signature]<br>LAUREL BEELER<br>United States Magistrate Judge |

*US v. Nunez,* Case No. 21-13 CRB (LB);
Stip & [Proposed] Order for Travel     2