# Exhibit E

Judge Breyer,

My name is Bethan Rubalcava, I am a friend of Marc's and I wanted to write to you to tell you a little about him. I should begin by saying I'm fully aware of the charges against Marc for possession of child pornography and that he has plead guilty to those charges. I still find Marc to be one of the better people in this world.

I have been lucky enough to know Marc for the better part of the past 8 years and have always known him to be a kind, supportive, and welcoming individual. I have seen him show kindness and patience to all people he comes across, even when he has not been shown the same respect from others. I have fond memories of him working in a small bakery in San Francisco and bringing smiles to customers and coworkers with his silly jokes; and even fonder memories of him bringing home a treat he knew we liked to share.

My most wonderful memories of Marc have been how he's cared for and treated my mother as his own from the moment he met her. For some context, my mother has been severely mentally ill since I was a child; bed-bound with depression on a daily basis, unable to hold a job, and left with an almost child-like demeanor. My mother instantly fell in love with Marc because he has never faulted to treat her with love and respect. He is encouraging, thoughtful, and patient with her when he doesn't have to be and that has never gone unnoticed in my book.

Altogether, I am so thankful that Marc has entered into my life and I intend to keep him as a friend for as long as he'll have me. I can only hope you find yourself lucky enough to have a "Marc" in your life as well. Thank you so much for your time.

Sincerely,

Bethan Rubalcava.