# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date:   April 26, 2023					Judge:  Honorable Charles R. Breyer

Court Reporter: Belle Ball
Time: 55 Minutes
Case No.: CR21-00013-1 CRB
Case Name:  USA v. Marc Nunez (Present)(NC)

Attorney(s) for Government: Kevin Yeh
Attorney(s) for Defendant(s): Elisse Larouche
Probation Officer: Katrina Chu

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Sentencing hearing held.  The Court sentenced the defendant to the Bureau of Prisons to a term 12 months and 1 day. Defendant placed on supervised release for a term of 5 years under the standard and special conditions. Defendant shall pay a special assessment of $100.  The parties shall submit supplemental briefing re the JVTA assessment. The Court finds the defendant does not have the ability to pay a fine and the Court orders it waived.  Defendant shall self surrender to the designated Bureau Prisons Facility by August 1, 2023. Refer to Judgment for additional information.